EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| X EEOC | |

## FLORIDA COMMISSION ON HUMAN RELATIONS and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Valentina Villalobos | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5011 NW 96th Drive | Coral Springs, FL 33076 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Florida Council Against Sexual Violence | 15+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1820 E. PARK AVENUE SUITE 100 | TALLAHASSEE, FL 32301 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE   __ COLOR   X SEX   __ RELIGION   __ NATIONAL ORIGIN

X RETALIATION   __ AGE   __ DISABILITY   __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest

October 8, 2019
__ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

SEE ATTACHED COMPLAINT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

1/6/2020
Date    Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)